ing the usual covenants of quiet enjoyment and that defendant had been evicted from a portion of the premises by reason of a sewer easement in the city of Albany extending over the premises. The trial court found that there was no sufficient evidence of an easement in favor of the city over the lands in question.

*William L. Visscher* for appellant.

*G. E. Pritchard* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

In the Matter of the Application of GEORGE T. BROKAW, Appellant.

MAURICE BLOCH, Appellant; HOWARD C. BROKAW et al., Respondents.

*Real property — application by life tenant for permission to mortgage premises denied where consent of contingent remaindermen had not been obtained.*

*Matter of Brokaw,* 219 App. Div. 337, affirmed.

(Argued June 3, 1927; decided June 21, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1927, which reversed two orders of Special Term, one confirming the report of a referee and directing him to negotiate for and report respecting a proposed mortgage and the other directing the referee to execute and deliver a mortgage of premises at the northeast corner of Fifth avenue and Seventy-ninth street, in the borough of Manhattan, city of New York. The proceeding was brought by the life tenant of the premises, under sections 67–71 of the Real Property Law, to obtain permission to mortgage the premises for the purpose of erecting a modern building thereon. The Appellate Division dismissed the petition on the ground that the consent of contingent remaindermen had not been obtained.

*Harry J. Ahlheim, Ambrose G. Todd* and *Alexander S. Rowland* for George T. Brokaw, appellant.

*Maurice Bloch*, attorney, in person.

*Yorke Allen* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CONCETTA CHILLI et al., Appellants, *v.* IGNAZIA DIVITA, Respondent.

*Negligence — landlord and tenant — injury to tenant from fall on stairway — contributory negligence question for jury.*

*Chilli* v. *Divita*, 218 App. Div. 833, reversed.

(Argued June 3, 1927; decided June 21, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1927, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff Concetta Chilli and for loss of services and expense alleged to have been sustained by plaintiff Placido Chilli through the negligence of defendant, their landlord, in failing to keep the stairs in a tenement house in repair. The complaint alleged that plaintiff Concetti Chilli in descending the stairs caught her foot in a defect in the stairs and fell receiving the injuries complained of. The Appellate Division reversed on the ground " that the evidence fails to show that the plaintiff Concetta Chilli was in the exercise of due care in descending the stairway."

*Leonard F. Fish* and *Samuel Kornbluth* for appellants.

*M. D. Meeker, John P. Carson, Reginald V. Spell* and *William A. Earl* for respondent.

Order of Appellate Division reversed and judgment of Trial Term affirmed, with costs in this court and in the